## Ex Parte Martínez.

### Appeal from the District Court of San Juan.

No. 69.—Decided April 4, 1904.

Dominion Title—Original Petition Instituting Proceedings.—Although it should be stated in the original petition instituting proceedings to acquire the ownership of real estate whether the petitioner has or has not a written title of ownership, nevertheless, the petition having been entertained without such requisite, and without objection on the part of the court or of the *Fiscal*, it is not proper, after all legal formalities have been complied with, to withhold approval of the proceedings for want of such requisite, the omission of which should have been ordered by the court to be supplied in due season.

Id.—Posesion para Adquirir el Dominio—Buena Fe.—Justo Título.—Para adquirir el dominio de los inmuebles por la prescripción ordinaria es necesario seis años de posesión con buena fé y justo título ,siendo preciso indicar la clase de título con que se posea á fin de que el Trbunal pueda apreciar si es ó no justo.

## EXPOSICIÓN DEL CASO.

En los autos promovidos en el Tribunal de Distrito de San Juan por el Abogado Don Luís Freyre Barbosa á nombre de Don Francisco Martínez Salas, sobre información de dominio de una finca rústica, pendientes ante *nos* á virtud del recurso de apelación interpuesto por el promovente contra la sentencia dictada por el referido Tribunal de Distrito, en quince de Julio último, por la que se declaró no haber lugar á la declaratoria de dominio solicitada.

*Resultando*: que el Abogado Don Luís Freyre Barbosa, en representación de Don Francisco Martínez Salas, promovió ante el Tribunal de Distrito de San Juan expediente para justificar el dominio de un predio de terreno de seis cuerdas de extensión, sito en el barrio de la Candelaria del término municipal de Toa Baja, con un valor de setenta y dos dollars, y que adquirió por compra á Telésforo y Marcela Ortiz, expresando carecer de título de dominio inscrito.

*Resultando*: que conferida vista de la anterior solicitud al Ministerio Fiscal, lo evacuó manifestando que no veía inconveniente en que se practicara la prueba propuesta, y que admitida la información y publicados los edictos convocando á las personas ignoradas á quienes pudiera perjudicar la inscripción solicitada, y corridos todos los trámites del expediente, declararon los testigos Don Manuel Pacheco y Don Juan José Cesáreo, mayores de edad y vecinos de la localidad, que era cierto y que les constaba que el terreno de que se trata era propiedad de Don Francisco Martínez Salas por haberlo adquirido hacía unos cinco años de Telésforo y Marcela Ortiz, y que del mismo modo era cierto que desde la fecha de la adquisición había venido en posesión de dicho terreno dis

ID.—POSSESSION TO ACQUIRE OWNERSHIP—GOOD FAITH—PROPER TITLE.—In order
to acquire ownership of real estate by ordinary prescription, possession for
six years in good faith and under a proper title is necessary, and it is essential
to specify the nature or kind of title under which the possession is held
in order to enable the court to determine whether or not it is proper.

## STATEMENT OF THE CASE.

This is a proceeding instituted in the District Court of
San Juan by Luis Freye Barbosa to establish ownership of
a rural estate, on behalf of Francisco Martínez Salas, pending
before us on appeal taken by the petitioner from the decision
of said court, rendered July 15, last, whereby the declaration
of ownership applied for was denied.

Attorney Luis Freyre Barbosa, as the representative of
Francisco Martínez Salas, instituted proceedings in the Dis-
trict Court of San Juan to establish the ownership of a tract
of land consisting of six *cuerdas,* situated in *barrio* "Cande-
laria," municipal district of Toa Baja, valued at seventy-two
dollars, which he acquired through purchase from Telésforo
and Marcela Ortiz, stating that he had no recorded dominion
title thereto.

The petition having been referred to the *Fiscal,* it was
returned with the statement that he saw no objection to the
taking of the evidence proposed. The proceedings were ad-
mitted, a call by proclamation was published summoning all
the unknown persons whom the desired record might prej-
udice, and after all the formalities connected with the pro-
ceedings had been complied with, the witnesses Manuel
Pacheco and Juan José Cesáreo, of legal age and residents of
the locality, testified that they knew from their own knowledge
that the land in question was the property of Francisco Mar-
tínez Salas, he having acquired the same about five years
before from Telésforo and Marcela Ortiz, and that it was
likewise true that he had from that time been in quiet and

frutándolo quieta y pacíficamente, agregando los testigos que los anteriores poseedores del inmueble de que se trata lo poseyeron por más de veinte años sin oposición de tercera persona.

*Resultando*: que convocados el promovente y el Fiscal, únicas partes interesadas en este expediente, para una comparencencia verbal á fin de que alegaran lo que creyeran pertinente á su derecho, y no habiendo comparecido ninguno de los citados, dictó sentencia el Tribunal de Distrito de San Juan en 15 de Julio último, resolviendo no haber lugar á declarar el dominio interesado, alegando como único fundamento de dicha resolución, que sólo pueden ampararse en las prescripciones del título 14 de la Ley Hipotecaria los propietarios que carezcan de título de dominio escrito, circunstancia que por lo menos hay que hacer constar en el escrito inicial del procedimiento, no bastando alegar la carencia de título inscrito.

*Resultando*: que contra esta sentencia interpuso apelación la representación del promovente Don Francisco Martínez Salas, la que le fué admitida libremente y en ambos efectos, y que elevados los autos á esta Superioridad con citación y emplazamiento de las partes, y personada la apelante, se dió al recurso la tramitación correspondiente y se señaló día para la vista, á cuyo acto sólo asistió el Fiscal de este Tribunal Supremo que impugnó el recurso.

Abogado del apelante: *Sr. Freyre Barbosa.*

Abogado del Pueblo: *Sr. del Toro* (Fiscal).

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando*: que si bien en el escrito inicial de estas informaciones de dominio debe expresarse si el promovente carece ó no de título de dominió escrito y que no basta expresar que se carece de título inscrito, habiendo admitido el Tribunal la información propuesta por Don Francisco Martínez Salas sin aquel requisito, no procede hoy, después de corridos todos los trámites del informativo, desestimarlo de oficio por

peaceable possession of said land, the witness adding that the previous possessors of the property in question had possessed the same for more than twenty years without opposition of a third party.

The petitioner and the *Fiscal*, being the only parties interested in these proceedings, were summoned to a verbal hearing for the purpose of alleging whatever might by them be deemed pertinent to their rights, and neither having appeared, the District Court of San Juan entered judgment, on July 15 last, denying the declaration of ownership applied for, and setting forth as the sole ground for said decision, that only owners who have no written dominion title can avail themselves of the provisions of title XIV of the Mortgage Law, which circumstance must at least be stated in the petition instituting the proceedings, it being insufficient to allege the want of a recorded title.

From this judgment the attorney for the petitioner, Francisco Martínez Salas, took an appeal, which was allowed for a review and stay of proceedings. The record was duly forwarded to this Supreme Court, after citation of the parties, and the appellant having appeared, the proper procedure was observed. A day was set for the hearing, at which the *Fiscal* of this Supreme Court was present and contested the appeal.

*Mr. Freyre Barbosa*, for appellant.

*Mr. del Toro, Fiscal*, for the People.

Mr. Chief Justice Quiñones, after making the above statement of facts, delivered the opinion of the court.

Although, in the petition instituting these proceedings to establish ownership, it should be stated whether or not the petitioner is without a written dominion title, and it not being sufficient to state that he has no recorded title, the court having admitted the proceedings proposed by Francisco Martínez Salas without that requisite, it cannot now, after having gone through all the formalities of the inquiry, dismiss the

un defecto de forma que el Tribunal pudo y debió corregir al iniciarse el expediente, rechazando de plano la información propuesta.

*Considerando*: que ésto, no obstante, en el presente caso no procede hacerse la declaratoria de dominio que se interesa por Don Francisco Martínez, toda vez que los testigos sólo acreditan estar el promovente en posesión del terreno hacía unos cinco años, que no es tiempo suficiente para adquirir, por prescripción, el dominio de los bienes inmuebles, con arreglo á la Orden Judicial de 4 de Abril de 1899, que invoca el peticionario como fundamento de su solicitud, y que exige seis años de posesión contínua con buena fe y justo título, máxime cuando tampoco se justifica que lo hubieran adquirido los anteriores dueños del terreno, puesto que los testigos sólo dicen que lo poseyeron por más de veinte años, quieta y pacíficamente, pero sin determinar si poseían ó no con justo título, y cual fuera éste, para que el Tribunal pudiera juzgar si era ó no justo, á los efectos de la adquisición del dominio.

*Vista* la Orden Judicial citada y las demás disposiciones aplicables al presente caso.

*Fallamos*: que debemos confirmar y confirmamos la sentencia apelada con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.

case on its own motion, because of a defect of form which the court could and should have corrected at the outset, by refusing to allow the proceedings applied for without further ceremony.

In the instant case, however, the declaration of ownership requested by Francisco Martínez cannot be made, because the witnesses have only proven that the petitioner has been in possession of the land for about five years, which is not sufficient time to acquire ownership of real property by prescription, according to Judicial Order of April 4, 1899, invoked by petitioner as ground for his petition, and which requires an uninterrupted possession for six years, in good faith and with a proper title; especially when it is likewise not proven that the previous owners of the land had acquired the same, inasmuch as the witnesses merely declare that they were in quiet and peaceable possession thereof for more than twenty years, but without stating whether or not said possession was with a proper title, and what this was, so that the court might be able to determine whether or not it was a proper one for purposes of the acquisition of ownership.

In view of the judicial order cited and the other provisions applicable to this case, we adjudge that we should affirm and do affirm the judgment appealed from, with costs against appellant.

Justices Hernández, Figueras and MacLeary concurred.

Mr. Justice Sulzbacher did not sit at the hearing of this case.